**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT of TEXAS**
**SAN ANTONIO DIVISION**

Filed _____ 2\7\12
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

| | | |
|---|---|---|
| **UNITED STATES of AMERICA,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Criminal Case** |
| | § | **No. SA-1-CR-138-OG** |
| **BERNEL RUIZ,** | § | |
| | § | |
| **Defendant** | § | |

# ORDER

Defendant Bernel Ruiz' Motion to Proceed In Forma Pauperis (Docket Entry # 80) to appeal this Court's Orders denying his Petition Pursuant to the All Writs Act, 28 U.S.C. § 1651, for Relief from Judgment and his Motion to Alter or Amend is **DENIED** for the reasons stated in this Court's Orders (*see* Entries ## 70 & 72). Furthermore, construing the Petition for Relief from Judgment (Entry # 69) as a motion for relief from this Court's *2005* denial of his 28 U.S.C. § 2255 Motion to Vacate, the motion fails to identify an error of law or fact or other grounds warranting a new trial or amendment of judgment pursuant to Fed. R. Civ. P. 59 or relief from judgment pursuant to Fed. R. Civ. P. 60(b). Moreover, construed as a motion for relief from this Court's denial of his § 2255 motion, the motion for relief is untimely. *See* Fed. R. Civ. P. 60(c)(1). Defendant failed to demonstrate a "good faith" non-frivolous issue on appeal as required by 28 U.S.C. § 1915(a)(3) for leave to proceed in forma pauperis. *See Coppedge v. U.S.*, 369 U.S. 438, 445, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962); *U.S. v. Boutwell*, 896 F. 2d 884, 889 (5th Cir. 1990).

**SIGNED** on February 7, 2012.

*Nancy Stein Nowak*
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE