IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 11-50776
USDC No. 5:01-CR-138-1-OG

**FILED**
JUL 1 9 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA,

          Plaintiff-Appellee

v.

BERNEL RUIZ,

          Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas

O R D E R:

    Bernel Ruiz, federal prisoner # 63023-080, moves this court for leave to proceed in forma pauperis (IFP) on appeal from the dismissal of his 28 U.S.C. § 1651(a) petition for a writ of coram nobis. The magistrate judge denied him leave to proceed IFP on appeal, certifying that the appeal was not taken in good faith. However, the district court has not entered an order adopting the magistrate judge's IFP certification.

    Accordingly, the case is REMANDED to the district court for the limited purpose of reviewing the magistrate judge's denial of IFP status and entering an appropriate order. See Donaldson v. Ducote, 373 F.3d 622, 624-25 (5th Cir. 2004). The clerk of the district court shall supplement the record on appeal with a certified copy of that order. If the district court rules that Ruiz may not

No. 11-50776

proceed IFP, his existing motion will be treated as applicable to the district court's order.

/s/ James L. Dennis

_____
JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

By_____
Deputy
New Orleans, Louisiana
JUL 1 6 2012